UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA MITCHELL,<br><br>        Plaintiffs,<br><br>v.<br><br>HARTFORD LIFE & ACCIDENT INSURANCE COMPANY, et al.,<br><br>        Defendants. | Case No. 20-cv-04578-SI  (SI)<br><br>**PRETRIAL PREPARATION ORDER (CIVIL)** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: **1/29/2021** at 3:00 PM.
Counsel *must* file a joint case management statement by **1/22/2021.**

DEADLINE FOR AMENDMENT OF THE PLEADINGS:  12/31/2020

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

INITIAL DISCLOSURES by: 10/30/2020.

NON-EXPERT DISCOVERY CUTOFF is: 9/30/2021.

DESIGNATION OF EXPERTS: 11/11/2021; REBUTTAL: 12/2/2021;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: 1/31/2022.

DISPOSITIVE MOTIONS **SHALL** be filed by; 8/27/2021;
    Opp. Due: 9/10/2021; Reply Due: 9/17/2021;
    and set for hearing no later than 10/1/2021 at 10:00 AM.

PRETRIAL PAPERWORK by: 4/5/2022.

PRETRIAL CONFERENCE DATE: 4/19/2022 at 3:30 PM.

JURY TRIAL DATE: May 2, 2022 at 8:30 AM.
    Courtroom 1, 17th floor.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

    **IT IS SO ORDERED**.

Dated: October 23, 2020

_____
SUSAN ILLSTON
United States District Judge